# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ARVIN DALE ROCHELLE**                                                    **PETITIONER**

**V.**                                          **NO. 4:18-CV-50-DMB-JMV**

**MARSHAL TURNER, et al.**                                                 **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Order Adopting Report and Recommendation entered this day, Arvin Dale Rochelle's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted.

**SO ORDERED**, this 28th day of December, 2018.

                                                           **/s/Debra M. Brown**
                                                           **UNITED STATES DISTRICT JUDGE**